**E-Filed 10/22/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE AMR MOHSEN,<br><br>　　　　　　Debtor.<br>------------------------------------------------------------<br>AMR MOHSEN,<br>　　　　　　Appellant,<br>　　　v.<br>CAROL WU, Chapter 7,<br>　　　　　　Trustee. | Case No. C 09–MC-80247 JF<br><br>ORDER[1] GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[Re: doc. no. 3] |

On August 10, 2009, Appellant Amr Mohsen ("Appellant") filed a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 with the United States Bankruptcy Appellate Panel of the Ninth Circuit ("BAP"). The BAP subsequently transferred the motion to this Court.

Under § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees

---

[1] This disposition is not designated for publication in the official reports.

1  necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The Court is satisfied that Appellant
2  cannot pay the filing fee and that the instant action is not frivolous or without merit.
3        Accordingly, Plaintiff's application to proceed *in forma pauperis* is GRANTED. The
4  Clerk shall issue summons, and that the U.S. Marshal for the Northern District of California shall
5  serve a copy of the complaint and this order upon Defendant.

7  IT IS SO ORDERED.

   DATED: 10/22/09

                                          _____
                                          JEREMY FOGEL
                                          United States District Judge

2